UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

R.L. BROWN                                                                    PLAINTIFF

V.                                                  CIVIL ACTION NO. 3:16CV61 DPJ-FKB

MICHAEL TAYLOR, in his individual and official capacity;
CALEB RIVERS, in his individual and official capacity;
YAZOO COUNTY SHERIFF'S DEPARTMENT;
YAZOO COUNTY BOARD OF SUPERVISORS; AND
JOHN DOES 1-5                                                               DEFENDANTS

ORDER TO SHOW CAUSE

This § 1983 action is before the Court on Defendants' motion to dismiss [11] and motion

for summary judgment [13], filed August 18 and 19, 2016.  To date, Plaintiff has neither

responded nor requested additional time in which to respond.

Therefore, the Court orders that by September 23, 2016, Plaintiff shall either respond to

the motion or advise the Court that he intends to confess the motion.  Failure to timely respond

to this order will result in an order granting the motion.

**SO ORDERED AND ADJUDGED** this the 16th day of September, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE