UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

R.L. BROWN                                                                               PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:16CV61 DPJ-FKB

DEMARCUS TAYLOR, CALEB RIVERS,
YAZOO COUNTY SHERIFF'S DEPARTMENT,
AND YAZOO COUNTY BOARD OF
SUPERVISORS                                                                         DEFENDANTS

ORDER

This § 1983 action is before the Court on Defendants' motion to dismiss [11] and motion for summary judgment [13], both seeking dismissal with prejudice. On September 16, 2016, the Court entered an Order to Show Cause [15], directing Plaintiff R.L. Brown to respond to the motions by September 23, 2016. The Order [15] warned that "[f]ailure to timely respond to this order will result in an order granting the motion." Plaintiff did not timely respond, but a few days later informed the Court that he confesses the motions.

The Court, having considered the unopposed motions and the applicable authority, finds that the legal bases supporting dismissal and summary judgment are meritorious. Defendants' motions [11, 13] are granted; Plaintiff's claims against all Defendants are dismissed with prejudice.

A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of September, 2016.

                                                        s/ *Daniel P. Jordan III*
                                                        UNITED STATES DISTRICT JUDGE